UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZONAR SYSTEMS, INC., | No.  2:14-cv-001149-KJM-KJN |
| Plaintiffs, | |
| v. | ORDER |
| SYNOVIA, INC., dba SYNOVIA SOLUTIONS LLC, dba SYNOVIA ACQUISITION LLC, | |
| Defendants. | |

Pursuant to the Joint Stipulation to Stay Case Pendíng *Inter Partes* Review, and the court having been fully advised, and good cause shown, the court orders as follows:

      1.     This case shall be stayed pending the Patent Trial and Appeal Board's (PTAB's) decision on whether to grant Synovia's petition for *inter partes* review and thereby institute review of the '030 patent.

      2.     The parties shall file a status report within twenty days of the date on which the PTAB's decision is rendered regarding the *inter partes* petition and shall file a copy of the

1

1  decision as an attachment to the report. In the event the petition is not granted, the stay is lifted

2  subject to further order of the court.

3        3.      Should the PTAB institute *inter partes* review of the '030 patent, the case shall

4  be further stayed until the PTAB issues a final written decision.

5        4.      The parties shall file a status report within twenty days of the date on which the

6  PTAB's final written decision is rendered and shall file a copy of the decision as an attachment

7  to the report. Upon notice of issuance of the PTAB's final written decision to the court, the stay

8  is lifted subject to further order of the court.

9        5.      Accordingly, all deadlines and hearings are vacated. The initial pretrial

10  scheduling conference previously set on October 30, 2014 will be reset after the PTAB decides

11  to grant or deny Synovia's petition.

12        IT IS SO ORDERED.

13  DATED:  October 29, 2014.

14

15  _____
      UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27